**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SARAH REISS,
an individual,

      Plaintiff,

v.

KAFENE, INC.,
a foreign business corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

      Defendants.

_____/

Case No.: 8:26-cv-00193-MSS-SPF

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff SARAH REISS and Defendant

EQUIFAX INFORMATION SERVICES LLC have reached a settlement in principle

in this action.  Upon full execution of a settlement agreement and compliance with all

terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2026, I filed a true and correct copy of

the above and foregoing via CM/ECF which will electronically serve all

counsel of record.

Respectfully submitted,

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*
**Aaron M. Swift, Esq. FBN 93088**
Jordan T. Isringhaus, Esq., FBN 091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th Street North, Suite 260
St. Petersburg, FL  33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

2